UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

*2018 JAN 16 PM 2: 52*

*CLERK OF COURT*

UNITED STATES OF AMERICA

VS                          DOCKET NO. 0539 4:17-CR-157-A (03)

VICTOR TABER, JR.

TO THE HONORABLE JUDGE JOHN MCBRYDE, DISTRICT JUDGE:

    COMES NOW Charles Roach, in response to the order dated Jan 5, 2016 and report the following:

    Since the Court's order, the Honorable Justin Sparks, Attorney, has file a Motion to Substitute, as the attorney for Defendant Taber.

    On Jan 16, 2018, I visited with Defendant Taber at the F.C.I. jail section in Fort Worth. This began about 12:40 P.M. and ended about 1:30 P M. We discussed the PSR filed in his case and that objections had been filed. The Government has filed their objections. Mr. Taber has difficulty understanding that statements of co-conspirators are included in that report and the range of punishment as proposed by the PSR. He was informed that he could lose the attorney client privilege as to our communications.

    Mr. Taber is aware of the Motion to Substitute by Mr. Sparks and agrees with that motion. I concur with the Motion to Substitute.

Respectfully submitted,

CHARLES H. ROACH
Attorney at Law
P.O. 35063
Fort Worth, TX 76163
SBN: 16965700
Fax: 817 887-5738
817 335-2727