NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 8 2018

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-157-A |
| | § | |
| CAMERON MILES BAKER, ET AL. | § | |

ORDER

On January 18, 2018, came on for telephone
conference/hearing the motion of Charles H. Roach ("Roach") to
withdraw and the motion of defendant Victor Alex Taber, Jr.
("Taber") to substitute Justin Sparks ("Sparks") as his attorney.
Roach, Taber, Sparks and the Assistant United States Attorney
assigned to this case appeared via telephone. Consistent with the
court's rulings,

The court ORDERS that Roach's motion to withdraw be, and is
hereby, granted, and that Roach be, and is hereby, withdrawn as
counsel for Taber.

The court further ORDERS that Taber's motion to substitute
be, and is hereby, granted, and Sparks be, and is hereby,
substituted for Roach as counsel for Taber.

The court further ORDERS that Sparks file, by January 22,

2018, a standard form entry of appearance on behalf of Taber.

SIGNED January 18, 2018.

_____
JOHN McBRYDE
United States District Judge