

# UNITED STATES DISTRICT COURT
## FOR THE
## Northern DISTRICT OF Texas

UNITED STATES OF AMERICA

v.

Victor Alex TABER Jr

Write your full name here.

Case No. 18-10196 USDC No. 4:17-CR-157-3
(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**

(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☑ No

If you answered yes, please list the documents in section IV of this form.

Page **1** of **6**

## I.    SENTENCE INFORMATION

Date of sentencing:    feb 2 2018

Term of imprisonment imposed:    - 365 months

Approximate time served to date:    - 6 yrs

Projected release date:    - 2048

Length of Term of Supervised Release:    - 4 yrs

Have you filed an appeal in your case?

☑ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☑ No

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

    ☒ Yes, I submitted a request for compassionate release to the warden on
MARCH 19 2023

    ☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

---

Was your request denied by the Warden?

    ☑ Yes, my request was denied by the warden on (date): <u>5 - 3 - 2023</u>.

    ☐ No. I did not receive a response yet.

## III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

### A.  Are you 70 years old or older?



    ☐ Yes.

    ☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☑ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☑ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☑ There are other extraordinary and compelling reasons for my release.

Page 4 of 6

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

I was denied in 2021 During the hight of the Covid 19 Pandemic By McBryde. I Asked for a sentence reduction and was told I was denied Because I only got 97 months feb 2 2018 when I was sentenced. I was sentenced To 365 month for a non violent Drug offence. Please review!

## IV.    ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☐ Yes | ☑ No |
| Additional medical information | ☐ Yes | ☑ No | ☐ Yes | ☑ No |
| Previous compassionate Denial | ☑ Yes | | ☐ Yes | ☑ No |
| Team sheet + EO Program transcript | ☑ Yes | | ☐ Yes | ☑ No |

## V.    REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI.    MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

___MAY 15 2023_____    _____
Date                                                  Signature

___VICTOR A TABER JR_____
Name

___50163-177_____
Bureau of Prisons Register #

___FCI Herlong_____
Bureau of Prisons Facility

___Po Box 800  Herlong  Ca  96113_____
Institution's Address

Page **6** of **6**

# UNITED STATES DISTRICT COURT

## FOR THE

_Northern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

v.

_Victor Alex Taber Jr_
Write your full name here.

Case No. 18-0196 USDC No. 4:17-CR-157-3
(write the number of your criminal case)

### PROPOSED RELEASE PLAN
#### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

 ☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

**A.  Housing and Employment**

Provide the full address where you intend to reside if you are released from prison:

Michele  Smith   7448  Granite  Ave   Orangevale  CA 95662

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

michele  Smith      530  570  0120

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

N/A

If you have employment secured, provide the name and address of your employer and describe your job duties:

List any additional housing or employment resources available to you:

Samantha  Schwartz Linhart (sister)        1728  Dream market  Clio Ca 96106
916  849  1045

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☐ Yes

☑ No

Will you have access to health insurance if released?

☑ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

N\A

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes

☑ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes

☑ No

If yes, please include them with your motion. If no, where are the records located?

N\A

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☐ Yes

☑ No

If yes, list all prescribed medication, dosage, and frequency:

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☑ No

If yes, list equipment:

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☑ No

If yes, please list the required assistance and how it will be provided:

_____

Do you require assisted living?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

Are the people you are proposing to reside with aware of your medical needs?

☐ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☐ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

_____

Will you have transportation to and from your medical appointments?

☐ Yes

☐ No

Describe method of transportation:

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

5-15-23
Date

Signature

VICTOR TABER JR
Name

50163 -177
Bureau of Prisons Register #

fct Herlong
Bureau of Prisons Facility

Po Box 800 Herlong Ca 96113
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
### _Northern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

v.

Case No. _____
(write the number of your criminal case)

_Victor Jaber Jr_

Write your full name here.

### MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_5-15-23_
Date

_Victor Alex Taber Jr_
Name

_50163-177_
Bureau of Prisons Register #

_FCI Herlong_
Bureau of Prisons Facility

_Po box 800    Herlong    Ca    96113_
Institution's Address

## FSA Time Credit Assessment
Register Number:50163-177, Last Name:TABER

**U.S. DEPARTMENT OF JUSTICE**                                  **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 50163-177 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 01-08-2023 |
|   Last............: TABER | Period Start/Stop...: 12-21-2018 to 01-08-2023 |
|   First...........: VICTOR | Accrued Pgm Days....: 1365 |
|   Middle..........: ALEX | Disallowed Pgm Days.: 114 |
|   Suffix..........: JR | FTC Towards RRC/HC..: 85 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 02-02-2018 | Can Apply FTC.......: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 01-08-2023 | accrue | 1365 |

**Cannot apply FTC**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| HER | FSA | R-HI | 04-28-2021 | 1303 | CURRENT |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 03-12-2019 | accrue | 81 |

Accrued Pgm Days...: 81
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 20

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-12-2019 | 04-10-2019 | disallow | 29 |

**In FRP refuse status**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| BMM | FRP | REFUSE | 03-12-2019 | 1132 | 04-09-2019 | 1242 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-10-2019 | 05-14-2019 | accrue | 34 |

Accrued Pgm Days...: 34
Carry Over Pgm Days: 21
Time Credit Factor.: 10
Time Credits.......: 10

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-14-2019 | 06-12-2019 | disallow | 29 |

**In FRP refuse status**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| BMM | FRP | REFUSE | 05-14-2019 | 1109 | 06-11-2019 | 1715 |

---

# FSA Time Credit Assessment
Register Number: 50163-177, Last Name: TABER

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 50163-177 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 01-08-2023 |
|   Last............: TABER | Period Start/Stop...: 12-21-2018 to 01-08-2023 |
|   First...........: VICTOR | Accrued Pgm Days....: 1365 |
|   Middle..........: ALEX | Disallowed Pgm Days.: 114 |
|   Suffix..........: JR | FTC Towards RRC/HC..: 85 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 02-02-2018 | Can Apply FTC.......: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 01-08-2023 | accrue | 1365 |

**Cannot apply FTC**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| HER | FSA | R-HI | 04-28-2021 | 1303 | CURRENT |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 03-12-2019 | accrue | 81 |

Accrued Pgm Days...: 81
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 20

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-12-2019 | 04-10-2019 | disallow | 29 |

**In FRP refuse status**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| BMM | FRP | REFUSE | 03-12-2019 | 1132 | 04-09-2019 | 1242 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-10-2019 | 05-14-2019 | accrue | 34 |

Accrued Pgm Days...: 34
Carry Over Pgm Days: 21
Time Credit Factor.: 10
Time Credits.......: 10

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-14-2019 | 06-12-2019 | disallow | 29 |

**In FRP refuse status**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| BMM | FRP | REFUSE | 05-14-2019 | 1109 | 06-11-2019 | 1715 |

---



**Individualized Needs Plan - Program Review** (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: TABER, VICTOR ALEX JR  50163-177

SEQUENCE: 01986648
Team Date: 12-30-2022

| | | | | |
|---|---|---|---|---|
| Facility: | HER HERLONG FCI | | Proj. Rel. Date: | 01-06-2044 |
| Name: | TABER, VICTOR ALEX JR | | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 50163-177 | | DNA Status: | FTW06618 / 01-11-2016 |
| Age: | 41 | | | |
| Date of Birth: | 07-30-1981 | | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | KITCHEN AM | KITCHEN A.M. | 04-22-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL HAS | ENGLISH PROFICIENT | 06-30-2016 |
| HER | GED EARNED | GED EARNED IN BOP | 09-28-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HER | C | ACE BUSINESS ETIQUETTE | 10-12-2022 | 10-12-2022 |
| HER | C | DIST THINK | 10-10-2022 | 10-14-2022 |
| HER | C | DISTANCE INFO | 10-03-2022 | 10-07-2022 |
| HER | C | ACE MANNERS FOR MEN (RPP 6) | 10-10-2022 | 10-10-2022 |
| HER | C | ACE NUTRITION & MEALS (RPP 1) | 10-03-2022 | 10-03-2022 |
| HER | C | CREDIT EVAL AND REPAIR (RPP 3) | 10-05-2022 | 10-05-2022 |
| HER | C | DIST WRIT1 | 10-26-2022 | 10-31-2022 |
| HER | C | DIST LA2 | 10-24-2022 | 10-28-2022 |
| HER | C | ACE MANNERS FOR MEN (RPP 6) | 09-08-2022 | 09-08-2022 |
| HER | C | ACE NUTRITION & MEALS (RPP 1) | 09-01-2022 | 09-01-2022 |
| HER | C | CREDIT EVAL AND REPAIR (RPP 3) | 09-05-2022 | 09-05-2022 |
| HER | C | DIST LA2 | 09-13-2022 | 09-17-2022 |
| HER | C | DIST WRIT2 | 09-16-2022 | 09-20-2022 |
| HER | C | DIST MATH1 | 09-19-2022 | 09-23-2022 |
| HER | C | DIST MATH2 | 09-20-2022 | 09-24-2022 |
| HER | C | GEDB 7:30AM | 05-20-2022 | 09-28-2022 |
| HER | C | ACE INTRO TO BUDGETING (RPP 3) | 08-01-2022 | 08-01-2022 |
| HER | C | ACE DRESS FOR SUCCESS (RPP 6) | 08-08-2022 | 08-08-2022 |
| HER | C | DISTANCE INFO | 08-01-2022 | 08-05-2022 |
| HER | C | DIST SS1 | 08-23-2022 | 08-27-2022 |
| HER | C | ACE JOB INTERVIEWING (RPP 2) | 07-13-2022 | 07-13-2022 |
| HER | C | ACE TIME MANAGEMENT (RPP 6) | 07-18-2022 | 07-18-2022 |
| HER | C | RESUME WRITING 101 (RPP 2) | 07-12-2022 | 07-12-2022 |
| HER | C | DIST SS2 | 07-11-2022 | 07-15-2022 |
| HER | C | DIST SCI2 | 07-25-2022 | 07-29-2022 |
| HER | C | PARENTING FROM A DISTANCE-RPP6 | 07-22-2022 | 08-01-2022 |
| HER | C | DIST LA1 | 05-02-2022 | 05-09-2022 |
| HER | C | ACE BUSINESS ETIQUETTE | 04-04-2022 | 04-04-2022 |
| HER | C | DIST THINK | 03-21-2022 | 03-25-2022 |
| HER | C | DIST SCI1 | 03-07-2022 | 03-11-2022 |
| HER | C | DIST SS3 | 03-01-2022 | 03-05-2022 |
| BMM | W | GED G 1230-1430 | 06-01-2020 | 01-06-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 01986648

Dept. of Justice / Federal Bureau of Prisons    Team Date: 12-30-2022

Plan is for inmate: TABER, VICTOR ALEX JR    50163-177

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-08-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-13-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 02-05-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-12-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-29-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-26-2022 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 01-20-2022 |
| NR WAIT | NRES DRUG TMT WAITING | 12-11-2019 |

**FRP Payment Plan**

**Most Recent Payment Plan**

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 01-20-2022**

Inmate Decision:  **AGREED**    **$50.00**    Frequency:  **SINGLE**

Payments past 6 months:   **$0.00**    Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $1,950.62    Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC ELIGIBLE - REVIEWED | 12-29-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-16-2022 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-16-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-16-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 01-16-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 12-29-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-16-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-16-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 01-16-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-16-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-16-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-16-2022 |
| N-WORK N | NEED - WORK NO | 01-16-2022 |
| R-HI | HIGH RISK RECIDIVISM LEVEL | 04-28-2021 |

**Progress since last review**

You have been working in the Kitchen since April 22, 2022 and was the Unit Orderly since March 7, 2022. You have completed 26 educational classes since last team review. You have earned your GED on September 26, 2022. You have maintained clear conduct since November 15, 2019.

**Next Program Review Goals**

Enroll in (40 Hour) Non-Residential Drug Abuse Program and (12) hours Drug Education class by next team.
Enroll in a VT class by next team.



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for Inmate: TABER, VICTOR ALEX JR  50163-177

SEQUENCE: 01986648
Team Date: 12-30-2022

## Long Term Goals

Complete the 40 hours Non-Residential Drug Treatment class by September 2023.

## RRC/HC Placement

No:
null.

## Comments

Maintain family ties through telephone, email and institutional mail.

You will be reviewed for RRC placement/Home Detention consideration in accordance with the 2nd Chance Act of 2007 and the 5-Factor Criteria in 18 USC 3621(b). Your review will be conducted 17-19 months prior to your release. Notify your Case Manager if your release address/plans change via Inmate Request to Staff form.

Continue to update your Case Manager of any emergency contacts and/or release address changes.

Resolve any possible warrant or detainers and report any possible pending charges the Bureau of Prisons may not be aware of. If the Bureau of Prisons becomes of aware of any pending charges it will negatively affect your halfway house process. Inmates with pending charges or detainers will not receive any halfway house placement until these issues are resolved.

Have an ID, Birth Certificate, or Social Security card mailed into your unit team for use upon your release. Mail to:

FCI Herlong
ATTN: Case Manager D. Arredondo
P.O. Box 900
Herlong, CA 96113

```
                                                U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF TEXAS
                                                      FILED

                                                   MAY 10 2021

                                              CLERK, U.S. DISTRICT COURT
                                              By_____
                                                         Deputy
```

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| VICTOR TABER, JR., §<br>§<br>    Movant, §<br>§<br>VS. §<br>§<br>UNITED STATES OF AMERICA, §<br>§<br>    Respondent. § | NO. 4:21-CV-639-A<br>(NO. 4:17-CR-157-A) |

### ORDER

On May 7, 2021, the clerk received correspondence from defendant Victor Taber, Jr., which the court is interpreting as a motion for compassionate release. The court, having considered the motion, the record in the underlying criminal case, and applicable authorities, finds that the motion should be denied.

The Fifth Circuit has determined that neither the sentencing guidelines' policy statement nor the commentary is binding on the court when addressing a motion under § 3582. United States v. Shkambi, __ F.3d __, No. 20-40543, 2021 WL 1291609, at *4 (5th Cir. Apr. 7, 2021). Nevertheless, the court may use the policy statement as a tool in its review of the motion.

The court notes that movant does not appear to have a medical condition that would qualify as extraordinary or compelling. Nor does he appear to meet any other criteria of the

policy statement. Movant is only 39 years old. He is serving a term of imprisonment of 97 months. He received a two-point enhancement for possession of a firearm. His criminal history includes convictions for battery, unlawful possession of a firearm by a felon (twice), and driving while intoxicated. He also has multiple burglary and theft convictions. The court cannot find that movant is not a danger to the community. And, having considered all the factors set forth in 18 U.S.C. § 3553(a), the court is not persuaded that relief should be granted.

The court ORDERS that movant's motion for sentence reduction be, and is hereby, denied.

SIGNED May 10, 2021.

JOHN McBRYDE
United States District Judge



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

VICTOR TABER, JR.,                    §
                                      §
            Movant,                   §
                                      §
VS.                                   §    NO. 4:21-CV-639-A
                                      §    (NO. 4:17-CR-157-A)
UNITED STATES OF AMERICA,             §
                                      §
            Respondent.               §

## FINAL JUDGMENT

In accordance with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the motion of
Victor Taber, Jr., for compassionate release be, and is hereby,
denied.

SIGNED May 10, 2021.


JOHN McBRYDE
United States District Judge

TRULINCS  50163177 - TABER, VICTOR ALEX JR - Unit: HER-N-B

---------------------------------------------------------------------------------------------

FROM: 50163177
TO: Warden
SUBJECT: ***Request to Staff*** TABER, VICTOR, Reg# 50163177, HER-N-B
DATE: 04/11/2023 12:56:35 PM

To: mister sambelson
Inmate Work Assignment: am food service clerk

id like to file for compassionate relief i belief the i qualify do to compelling circumstances

Taber, Victor Alex Jr
Reg. No. 50163-177

I am in receipt of your correspondence dated March 19, 2023 in which you request to modify the imposed term of confinement under Title 18 U.S.C. §3582(c)(1)(A). This request is based on Extraordinary and Compelling Circumstances. Upon review, you are 41 years old and have served five years and five months of a 30 years and 5 months sentence.

The Offense Conduct: You were found guilty of Conspiracy to Possess with Intent to Distribute a Controlled Substances. Specifically, you regularly obtained methamphetamine from coconspirators, and redistributed those drugs to others, making a profit on the resale. At the time of your arrest, you were found in possession of firearms and had corresponding ammunition for the guns, and concealed baggies containing methamphetamine, and GHB.

Prior Criminal Convictions: You have a prior adult criminal conviction dating back to 1999 for Petty Theft, Battery, Theft X 2, Trespassing, Possession of Marijuana X 2, Possession of Controlled Substance X 3, Unlawful Possession of Firearm X 2, Burglary of a Building, Driving While Intoxicated, Fraudulent Use/Possession of Identifying Information X 2, and Theft of Mail.

You are a Medium security level inmate with "In" custody with a High Risk Recidivism Level. You have failed to prove any extraordinary or compelling circumstance that would warrant consideration for a Reduction in Sentence. You have been sanctioned for two High severity incident report during this period of incarceration. You do not have an approved release plan from the United States Probation Officer. It should be noted, you were 36 years old when you were sentenced for the instant offense.

Based on the above factors, as well as the opinion release would minimize the severity of the offense, your request for Compassionate Release due to Extraordinary and Compelling Circumstances is denied.

_____                    5/3/2023
T. Miller, Acting Warden                    Date

BP-A0148        **INMATE REQUEST TO STAFF** CDFRM
JUNE 10
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 3-19-23 |
| MR HAMILTON | |
| FROM: VICTOR TABER JR | REGISTER NO.: 50163-177 |
| WORK ASSIGNMENT: AM food service cook/clerk On | UNIT: R B 516 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

ID LIke To file for Compasinate releif
I Believe That Im eleageable Do To Extreordinary
+ Compelling Ceramstnces.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate

PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

```
                        *      INMATE EDUCATION DATA           *    05-11-2023
PAGE 001                *         TRANSCRIPT                   *    12:13:35

REGISTER NO: 50163-177    NAME..: TABER                 FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: HER-HERLONG FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
HER  ESL HAS    ENGLISH PROFICIENT           06-30-2016 0001 CURRENT
HER  GED EARNED GED EARNED IN BOP            09-28-2022 1500 CURRENT

------------------------- EDUCATION COURSES -------------------------
SUB-FACL    DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
HER         S-ACT WORK KEYS            02-28-2023 CURRENT
HER         ART APPRECIATION-LCC       01-17-2023 CURRENT
HER         COUNSELING GUIDANCE-LCC    01-17-2023 CURRENT
HER         DIST SS1                   04-05-2023 CURRENT
HER         DIST SS3                   04-19-2023 CURRENT
HER         HISTORY 17-LCC             01-17-2023 CURRENT
HER         ACE JOB INTERVIEWING (RPP 2) 04-17-2023 CURRENT
HER         RESUME WRITING 101 (RPP 2) 04-21-2023 CURRENT
HER         DIST SS2                   03-10-2023 03-14-2023  P  C  P   10
HER         ACE BUSINESS ETIQUETTE     10-12-2022 10-12-2022  P  C  P    2
HER         DIST THINK                 10-10-2022 10-14-2022  P  C  P   10
HER         DISTANCE INFO              10-03-2022 10-07-2022  P  C  P   10
HER         ACE MANNERS FOR MEN (RPP 6) 10-10-2022 10-10-2022  P  C  P    2
HER         ACE NUTRITION & MEALS (RPP 1) 10-03-2022 10-03-2022  P  C  P    2
HER         CREDIT EVAL AND REPAIR (RPP 3) 10-05-2022 10-05-2022  P  C  P    2
HER         DIST WRIT1                 10-26-2022 10-31-2022  P  C  P   10
HER         DIST LA2                   10-24-2022 10-28-2022  P  C  P   10
HER         ACE MANNERS FOR MEN (RPP 6) 09-08-2022 09-08-2022  P  C  P    2
HER         ACE NUTRITION & MEALS (RPP 1) 09-01-2022 09-01-2022  P  C  P    2
HER         CREDIT EVAL AND REPAIR (RPP 3) 09-05-2022 09-05-2022  P  C  P    2
HER         DIST LA2                   09-13-2022 09-17-2022  P  C  P   10
HER         DIST WRIT2                 09-16-2022 09-20-2022  P  C  P   10
HER         DIST MATH1                 09-19-2022 09-23-2022  P  C  P   10
HER         DIST MATH2                 09-20-2022 09-24-2022  P  C  P   10
HER         GEDB 7:30AM                05-20-2022 09-28-2022  P  C  P   44
HER         ACE INTRO TO BUDGETING (RPP 3) 08-01-2022 08-01-2022  P  C  P    2
HER         ACE DRESS FOR SUCCESS (RPP 6) 08-08-2022 08-08-2022  P  C  P    2
HER         DISTANCE INFO              08-01-2022 08-05-2022  P  C  P   10
HER         DIST SS1                   08-23-2022 08-27-2022  P  C  P   10
HER         ACE JOB INTERVIEWING (RPP 2) 07-13-2022 07-13-2022  P  C  P    2
HER         ACE TIME MANAGEMENT (RPP 6) 07-18-2022 07-18-2022  P  C  P    2
HER         RESUME WRITING 101 (RPP 2) 07-12-2022 07-12-2022  P  C  P    2
HER         DIST SS2                   07-11-2022 07-15-2022  P  C  P   10
HER         DIST SCI2                  07-25-2022 07-29-2022  P  C  P   10
HER         PARENTING FROM A DISTANCE-RPP6 07-22-2022 08-01-2022  P  C  P   10
HER         DIST LA1                   05-02-2022 05-09-2022  P  C  P   10
HER         ACE BUSINESS ETIQUETTE     04-04-2022 04-04-2022  P  C  P    2
HER         DIST THINK                 03-21-2022 03-25-2022  P  C  P   10
HER         DIST SCI1                  03-07-2022 03-11-2022  P  C  P   10
HER         DIST SS3                   03-01-2022 03-05-2022  P  C  P   10

G0002      MORE PAGES TO FOLLOW . . .
```

```
                      *     INMATE EDUCATION DATA       *     05-11-2023
PAGE 002              *         TRANSCRIPT              *     12:13:35

REGISTER NO: 50163-177     NAME..: TABER                FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: HER-HERLONG FCI
```

```
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
BMM        GED G 1230-1430             06-01-2020 01-06-2022   P   W  I   296
SEA DRUG   GED 2A 9:30-11:30 AM        04-12-2017 06-13-2017   P   W  I    95
SEA DRUG   FOUNDATIONS OF BUSINESS     04-12-2017 05-17-2017   P   W  V     2
SEA DRUG   REAL ESTATE CLASS           04-11-2017 05-16-2017   P   W  V     3
SEA DRUG   COMMUNITY RESOURCES       4 05-18-2017 05-18-2017   P   C  P     1
SEA DRUG   RELEASE PORTFOLIO COMPLETED 05-18-2017 05-18-2017   P   C  P     1
SEA DRUG   GED 2-ENG/9:30-11:30AM MYERS 03-23-2017 04-12-2017  C   W  I     0
SEA DRUG   DISEASE PREVENTION        1 03-16-2017 03-16-2017   P   C  P     1
SEA DRUG   DIVERSITY IN A DIVERSE ENVIRON 03-16-2017 03-16-2017 P  C  P     1
SEA DRUG   ESTABLISHING A CHECKING ACCNT 03-16-2017 03-16-2017 P  C  P     1
SEA DRUG   RELEASE REQUIREMENTS      5 03-16-2017 03-16-2017   P   C  P     1
BMM        GED C F-TRK 930-1130 #3 RPP 6 10-25-2016 02-22-2017 P  W  I   120
BMM        RPP CORE 1 - HEALTH         01-23-2017 01-23-2017   P   C  P     1
BMM        CARDIO & MORE TRAIN CLASS RPP1 09-13-2016 01-06-2017 P C  P    12
BMM        HEALTHY LIFESTYLES, RPP 1   09-21-2016 01-04-2017   P   C  P    12
BMM        RESUME WRITING CLASS,RPP 2  09-14-2016 10-19-2016   P   C  P    16
BMM        JOB INTERVIEWING,RPP 2      09-14-2016 10-19-2016   P   C  P    16
BMM        CONSUMER ECONOMICS,RPP 3    09-12-2016 10-24-2016   P   C  P    16
BMM        MONEY SMART CLASS, RPP 3    09-12-2016 10-24-2016   P   C  P    16
BMM        HIRING EX-OFFENDERS 2, RPP 6 11-10-2016 11-10-2016  P   C  P     2
BMM        HIRING EX-OFFENDERS 1, RPP 6 11-10-2016 11-10-2016  P   C  P     2
BMM        EX-OFFENDERS' JOB TIPS, RPP 6 11-10-2016 11-10-2016 P  C  P     2
BMM        HEADS UP, RPP 6             11-03-2016 11-03-2016   P   C  P     2
BMM        ENTER HERE, RPP 6           11-03-2016 11-03-2016   P   C  P     2
BMM        STAYING OUT RPP 6           11-03-2016 11-03-2016   P   C  P     2
BMM        COUNTDOWN TO FREEDOM 6; RPP 6 10-27-2016 10-27-2016 P  C  P     2
BMM        COUNTDOWN TO FREEDOM 5; RPP 6 10-27-2016 10-27-2016 P  C  P     2
BMM        COUNTDOWN TO FREEDOM 4; RPP 6 10-27-2016 10-27-2016 P  C  P     2
BMM        COUNTDOWN TO FREEDOM 3; RPP 6 09-15-2016 09-15-2016 P  C  P     2
BMM        COUNTDOWN TO FREEDOM 2; RPP 6 09-15-2016 09-15-2016 P  C  P     2
BMM        COUNTDOWN TO FREEDOM 1; RPP 6 09-15-2016 09-15-2016 P  C  P     2
```

```
--------------------------- HIGH TEST SCORES ---------------------------
TEST       SUBTEST        SCORE     TEST DATE     TEST FACL  FORM    STATE
GED 2014   MATH           150.0     09-28-2022    HER
           RLA            151.0     08-31-2022    HER
           SCIENCE        155.0     08-31-2022    HER
           SOC STUDY      154.0     09-28-2022    HER
TABE D     BATTERY        5.5       10-17-2016    BMM        D9
           LANGUAGE       4.2       10-17-2016    BMM        D9
           MATH APPL      7.1       10-17-2016    BMM        D9
           MATH COMP      3.9       10-17-2016    BMM        D9
           READING        7.4       10-17-2016    BMM        D9
           TOTAL MATH     5.3       10-17-2016    BMM        D9
TABE M     LANGUAGE       7.0       05-10-2022    HER        11

G0002      MORE PAGES TO FOLLOW . . .
```

```
         *   PAGE 003 OF        INMATE EDUCATION DATA      *     05-11-2023
                 003 *              TRANSCRIPT             *     12:13:35

REGISTER NO: 50163-177      NAME..: TABER                 FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: HER-HERLONG FCI
```

```
-------------------------- HIGH TEST SCORES ----------------------------
TEST            SUBTEST          SCORE    TEST DATE     TEST FACL   FORM    STATE
TABE M          READING           7.0    05-10-2022    HER          11
                TOTAL MATH        5.0    05-10-2022    HER          11
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



Victor Taber Jr   50163-177
federal Correctional Institution
PoBox 800
Herlong Ca  96113

RENO, NV P&DC 895
TUE 16 MAY 2023 AM

US Cleck
US District Court
501 W 10TH ST
Room 310
foeTWoeTH TX 76102-3673
United states

RECEIVED
MAY 23 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS