IN The United States District Court
for The Northern District of Texas

United States of America
    Plaintiff

Case No 4:17-CR-00157-A
18-10196 USDC

vs.

Victor Alex Taber Jr
    Defendant

Clerk of the Court:

My name is Victor Alex Taber Jr. I am a pro se federal Inmate without access to funds. Can You please Provide me with a copy of the following:

1) Plea Agreement / Factual resume.
2) Judgement and Commitment.
3) A Copy of my Docket sheet

Thank You, In advance, for your time and Consideration in this matter.

Reg No. 50163-177
FCI Mendota
PO Box 9
Mendota, California 93640
    In Pro se

Victor Tabler Jr 30013
FCI mendota
PO Box 9
mendota, California 93640

FRESNO CA
25 NOV 2024 PM 2 L

DEC - 3 2024

United STATES District Cart Cleark
Eldon B mahon US Carthouse
501 west 10TH street room 310
fortworth TX 76102

76102-975999